1  GARRY L. MONTANARI, State Bar No. 89790
   WESLEY S. WENIG, State Bar No. 162351
2  MICHAELIS, MONTANARI & JOHNSON, P.C.
   4333 Park Terrace Dr. #110
3  Westlake Village, CA 91361
   Telephone No.:   (818) 865-0444
4

5  Attorneys for Defendants,
   COUNTY OF ORANGE, GLEN LOCKERBY,
6  HARMON WARD, BRIAN BRUNS and
   PHIL MEJIA
7

8                UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MELVIN ANTHONY, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICER GLEN LOCKERBY;<br>COUNTY OF ORANGE; OFFICER<br>HARMON WARD; OFFICER<br>BRIAN BRUNS; OFFICER PHIL<br>MEJIA; CARLTON P. BIGGS; and<br>ANDRE MANSSOURIAN,<br><br>　　　　Defendants. | Case No.: SA12-01702-SJO(SH)<br>Honorable S. James Otero<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED NOVEMBER 7, 2012**<br><br>Date:  December 10, 2012<br>Time:  10:00 a.m.<br>Courtroom: 1<br><br>Complaint Filed:   October 3, 2012 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants, COUNTY OF ORANGE, GLEN LOCKERBY, HARMON WARD, BRIAN BRUNS and PHIL MEJIA, hereby withdraw their Motion to Dismiss First Amended Complaint previously noticed for December 10, 2012 at 10:00 a.m. in Courtroom 1 before the Honorable S. James Otero. The motion will be re-noticed to be heard before Magistrate Judge Stephen J. Hillman on a new date, time and location.

/ / /

/ / /

1

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

1 | DATED: November 8, 2012

2 |                             MICHAELIS, MONTANARI & JOHNSON

4 |                             By: _____
5 |                                 WESLEY S. WENIG
                                    Attorneys for Defendants,
                                    COUNTY OF ORANGE,
6 |                                 GLEN LOCKERBY,
                                    HARMON WARD,
7 |                                 BRIAN BRUNS and
                                    PHIL MEJIA

9 | N:\12517\pld\Notice of Withdrawal of Motion to Dismiss.wpd

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA       )
                          ) S.S.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 4333 Park Terrace Dr. #110, Westlake Village, California 91361.

On November 8, 2012, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED NOVEMBER 7, 2012** on the interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

| <u>**PLAINTIFF IN PRO SE**</u>: | <u>**Attorneys for Defendants, Hon. Carlton P. Biggs, Hon. Andre Manssourian, and Hon. Robert C. Gannon**</u>: |
|---|---|
| Melvin Anthony Jr.<br>6336 High Cliff Ln<br>Fontana, CA 92336<br>Tel: (818) 917-9570<br>e-mail: marvelousprod@aol.com | Kevin M. McCormick, Esq.<br>BENTON, ORR, DUVAL & BUCKINGHAM<br>39 North California Street<br>Post Office Box 1178<br>Ventura, CA 93002<br>Tel: (805) 648-5111<br>Fax: (805) 648-7218<br>e-mail: kmccormick@bentonorr.com |

[X]   (**MAIL**) I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   (**BY ELECTRONIC TRANSFER**) I caused all of the pages of the above-entitled document to be sent to the recipients noted below via electronic transfer (FAX) at the respective telephone numbers indicated below.

[X]   (**FEDERAL**) I declare that: [X] I am employed in the office of a member of the bar of this Court at whose direction this service is being made; or [ ] I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2012 at Westlake Village, California.

_____
Tammy Brantner