1 | **DECLUES, BURKETT & THOMPSON, LLP**  EXEMPT FROM FEES PER: <u>GOVERNMENT CODE</u> SECTION 6103
**Attorneys at Law**
2 | J. Michael Declues, Bar #65606
17011 Beach Blvd., Ste. 400
3 | Huntington Beach, CA 92647-7455
Phone: (714) 843-9444
4 | Fax: (714) 843-9452
e-mail address:  mdeclues@dbtlaw.com
5 |
Attorneys for Defendant, MATT MATTIS, a
6 | public employee

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 | MELVIN ANTHONY, JR.,                )   CASE NO.: CV12-01702-SJO (SH)

12 |               Plaintiff,            )   *Complaint Filed: October 3, 2012*

13 |        vs.                          )   *Judge James S. Otero*

14 | OFFICER GLEN LOCKERBY,              )
COUNTY OF ORANGE, OFFICER    )   **ORDER GRANTING MATTIS'**
15 | HARMON WARD, OFFICER BRIAN   )   **MOTION TO DISMISS FIRST**
BRUNS, OFFICER PHIL MEJIA,    )   **AMENDED COMPLAINT**
16 | CARLTON P. BIGGS, ANDRE      )
MANSSOURIAN, ROBERT C.        )
17 | GANNON, JR., MATT MATTIS and )
John Does 1 to 10, Jointly and      )
18 | Severally,                          )
                                    )
19 |               Defendants.          )
       _____)

20 |

21 |        THE COURT, having reviewed the Magistrate Judges' Recommendation on MATT

22 | MATTIS' Motion to Dismiss the First Amended Complaint, and the Court having adopted

23 | the recommendation of the Magistrate Judge:

24 | \ \ \

25 | \ \ \

26 | \ \ \

27 | \ \ \

28 | \ \ \

1    THE COURT HEREBY dismisses the First Amended Complaint against MATT

2  MATTIS, with prejudice.

3

4  Dated:

5

6

7                                    HONORABLE JAMES S. OTERO
                                     JUDGE
8                                    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**(C.C.P. section 1013a(3))**

STATE OF CALIFORNIA )
                     ) SS.
COUNTY OF ORANGE     )

    I am over the age of 18 and I am not a party to the within action.  I am employed by **DECLUES, BURKETT & THOMPSON, LLP,** in the County of Orange, at 17011 Beach Blvd., Ste. 400, Huntington Beach, California, 92647-5995.

    On **November 12, 2012**, I served the attached: **ORDER GRANTING MATTIS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

On the interested parties in this action by:

XX    Placing true copies thereof in sealed envelopes, addressed as described below.

XX    BY MAIL:  I am "readily familiar" with and follow the firm's practice of collection and processing correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Huntington Beach, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

    BY PERSONAL SERVICE: I caused such an envelope to be delivered by hand to the offices of the addressees.

    BY FEDERAL EXPRESS (Receipt/Airbill No.: _____)

    BY FACSIMILE TRANSMISSION: From FAX NO. (714) 843-9452 to FAX No.: _____ at or about <u>Time</u>, directed to <u>Name</u>.  The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.  Pursuant to Rule 2005(I), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

    FEDERAL: I declare I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

    Executed on **November 12, 2012**, at Huntington Beach, California.

_____
JULIE ALLEN

# SERVICE LIST

Anthony Melvin, Jr.
c/o 6336 High Cliff Lane
Fontana, CA 92336
Phone: 818-917-9570
marvelousprod@aol.com
*Plaintiff in pro per*

Wesley S. Wenig
Michaelis Montanari & Johnson
4333 Park Terrace Dr., Ste. 110
Westlake Village, CA 91361
Phone: 818-865-0444
wswenig@mmjlaw.net
*Attorneys for Defendant County of Orange, Glen Lockerby, Harmon Ward, Brian Bruns and Phil Mejia*

Kevin M. McCormick
Benton Orr Duval and Buckingham
39 North Carolina St.
PO Box 1178
Ventura, CA 93002-1178
Phone:  805-648-5111
Fax: 805-648-7218
kmccormick@bentonorr.com
*Attorneys for Defendants Carlton P. Biggs, Andre Mansssourian and Robert C. Gannon, Jr.*

4