### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Melvin Anthony, Jr | SA12CV1702 SJO (SH) |
| PLAINTIFF(S) | |
| v. | |
| Officer Glen Lockerby, etc et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Not listed as parties on the First Amended Complaint

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| POS on Shawn Nelson and John M.W. Moorlach | November 1, 2012 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

_11/13/12_
Date

_[signature]_
United States ~~District Judge~~/Magistrate Judge

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Melvin Anthony Jr.<br>6336 High Cliff LN<br>Fontana, CA 92336<br>TELEPHONE NO.: 8189179570   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): marvelousprod@aol.com<br>ATTORNEY FOR (Name): | FILED<br>2012 NOV -1 AM 11:54<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF<br>LOS ANGELES<br>BY ___ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CENTRAL DIVISION
STREET ADDRESS: 312 NORTH SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: Melvin Anthony Jr.
DEFENDANT/RESPONDENT: GLEN LOCKERBY, COUNTY OF ORANGE, etal

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: SA-CV-12-01702 SJO (SH)
Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: 1ST Amended Complaint

3. a. Party served *(specify name of party as shown on documents served)*:
   SHAWN NELSON, JOHN M.W. MOORLACH

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   333 WEST SANTA ANA, CALIFORNIA, 92701

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ✓ **by substituted service.** On *(date)*: 10/25/12   at *(time)*: 3:35PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   NEHA SATA & SONIA ACUNA

   (1) ✓ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Melvin Anthony Jr. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GLEN LOCKERBY, COUNTY OF ORANGE, etal | SA-CV-12-01702 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):         (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                   ☐ other:

7. **Person who served papers**
   a. Name: Tam Le
   b. Address: 127 Sapphire dr Irvine CA 92602
   c. Telephone number: 714-548-7158
   d. The fee for service was: $ 70.00
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/24/12

Tam Le                                              *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Name & Address:
Melvin Anthony Jr.
6336 High Cliff LN.
Fontana, CA 92336

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Melvin Anthony Jr. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA-CV 12-01702-SJO(SH) |
| v. OFFICER GLEN LOCKERby, SEE ATTACHED  DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Melvin Anthony Jr._____, whose address is _6336 High Cliff LN., Fontana, CA 92336_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 10/16/2012

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)   SUMMONS

Melvin Anthony Jr.
c/o 6336 High Cliff LN
Fontana, CA 92336
(818)917-9570
marvelousprod@aol.com

In Proper Person

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvin Anthony Jr.<br>Plaintiff,<br><br>vs.<br><br>OFFICER GLEN LOCKERBY<br><br>&<br><br>COUNTY OF ORANGE<br><br>&<br><br>OFFICER HARMON WARD<br><br>&<br><br>OFFICER BRIAN BRUNS<br><br>&<br><br>OFFICER PHIL MEJIA<br><br>& | CASE NO._____<br><br>JUDGE: _____<br><br>1ST AMENDED<br>**COMPLAINT FOR<br>DEPRAVATION OF RIGHTS<br>UNDER 42 U.S.C. § 1983, ET SEQ.;<br>COMPENSATORY DAMAGES;<br>PUNITIVE DAMAGES.<br>CIVIL RIGHTS VIOLATIONS**<br><br><br><br><br>**TRIAL BY JURY<br>Demanded<br>Herein** |

CARLTON P. BIGGS

&

ANDRE MANSSOURIAN

&

ROBERT C. GANNON JR.

&

MATT MATTIS

&

John Does 1-100

Jointly and Severally,

    Defendants

---

## INTRODUCTION & OPENING STATEMEMT

This is an action brought by Plaintiff against State/County Officials acting under the color of Law for civil rights violations involving wrongful arrest, unlawful search and seizures, criminal trespass, negligence, and unlawful detention.