1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MELVIN ANTHONY, JR., | ) SACV 12-1702-SJO (SH) |
| | ) |
| | ) ORDER ACCEPTING SECOND |
| | ) AMENDED |
| | ) REPORT AND RECOMMENDATION |
| Plaintiff, | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE; and |
| v. | ) ORDER |
| | ) |
| OFFICER GLEN LOCKERBY, et al., | ) |
| Defendants. | ) |
| | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the First Amended Complaint and other papers along with the attached SecondAmended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Second Amended Report and Recommendation is approved and accepted.

1

2. Defendants' Motions to Dismiss are granted.

3. Plaintiff's claims against defendants Mattis, Biggs, Manssourian, Gannon, and the County of Orange are dismissed without leave to amend.

4. Plaintiff's claims against defendants Lockerby, Ward, Bruns, and Mejia are dismissed without leave to amend, with the exception of Plaintiff's Second and Third Causes, which are not dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: March 19, 2013

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE