1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| MELVIN ANTHONY JR.,<br><br>         Plaintiff,<br><br>    v.<br><br>OFFICER GLEN LOCKERBY; COUNTY OF ORANGE; OFFICER HARMON WARD; OFFICER BRIAN BRUNS; OFFICER PHIL MEJIA; CARLTON P. BIGGS; and ANDRE MANSSOURIAN,<br><br>         Defendants. | SA CV 12-01702-SJO-(SH)<br><br>JUDGMENT |

Pursuant to the Stipulation of Dismissal as to Defendants Lockerby, Ward, Bruns and Mejia, all claims asserts against those defendants are dismissed with prejudice. All other claims against all other defendants having been previously dismissed, Judgment is entered dismissing the entire action with prejudice.

DATED: _5/21/13_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1